Case 4:17-cv-02477   Document 40   Filed on 03/06/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BALFOUR BEATTY CONSTRUCTION, LLC, and MILESTONE METALS, INC. | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:17-cv-02477 |
| v. | § § | |
| LIBERTY MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

ON THIS THE ____6th____ day of ____March____, 2019 came on to be heard the Agreed Stipulation of Dismissal of the claims Plaintiffs Balfour Beatty Construction, LLC and Milestone Metals, Inc. brought in this suit pursuant to Texas Insurance Code Sections 541 and 542. The Court, having considered the request for relief and the record before it is of the opinion that the Stipulation of Dismissal Without Prejudice should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the claims Plaintiffs pursuant to Texas Insurance Code Sections 541 and 542 are hereby **DISMISSED WITHOUT PREJUDICE**.

_____
**HON. ANDREW HANAN**

D/999001v1